| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
|   | FAX: (415) 436-7169 |
| 7 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSE OSWALDO MENJIVAR-BARRIENTOS, | ) | No. C 08-2998 PJH |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO DISMISS AND [P~~ROPOSE~~D] ORDER** |
| MICHAEL CHERTOFF, Secretary of Homeland Security; MICHAEL B. MUKASEY, Attorney General, | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services found that Plaintiff is a member eligible for benefits under the settlement agreement in *American Baptist Churches v. Thornburgh*, 760 F. Supp.796 (N.D. Cal. 1991) (ABC).

///

///

///

///

///

Stipulation to Dismiss
C08-2998 PJH                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: July 15, 2008                                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 | _____/s/_____
ILA C. DEISS[1]

6 | Assistant United States Attorney
Attorneys for Defendants

7 |

8 | Dated: July 11, 2008                                    _____/s/_____
JONATHAN M. KAUFMAN

9 | Attorney for Plaintiff

10 |

11 |

12 |                                                         **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 | Date:   7/21/08

16 | _____
PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-2998 PJH                                                2